IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 05-cr-00544-PAB-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. SOPHIE NASSAAZI,

     Defendant.

---

## ORDER EXONERATING BOND

---

     This Court has granted the United States' motion to voluntarily dismiss the charges against the defendant.  As a result, all the conditions of an appearance bond imposed by the Court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     DATED May 16, 2013.

BY THE COURT:

     s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge